FILED
2017 Mar-17  AM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## EXHIBIT A

## ENTIRE STATE COURT RECORD

ELECTRONICALLY FILED
2/17/2017 11:19 AM
01-CV-2017-900637.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>01<br><br>Date of Filing:<br>02/17/2017 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### LATARIA HARRIS ET AL v. J.M. BOZEMAN ENTERPRISES, INC.

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| WRI063 | 2/17/2017 11:19:39 AM<br>Date | /s/ LESLIE ANN WRIGHT<br>Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

ELECTRONICALLY FILED
2/17/2017 11:19 AM
01-CV-2017-900637.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### CIVIL DIVISION

| | |
|---|---|
| **LATARIA HARRIS,** individually and as mother and next friend of **TAYLIN FLANNIGAN**, a minor, ) ) ) ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **CV – 2017 –** |
| ) | |
| **J.M. BOZEMAN ENTERPRISES, INC.,** a corporation, ) ) | |

**FICTITIOUS DEFENDANTS A,** and **B**, whether singular or plural, that person, firm or corporation that owned or maintained the vehicle being driven and operated by **GALEN HODGE** on the occasion made the basis of this lawsuit; **FICTITIOUS DEFENDANT C**, the driver of the truck on the occasion made the basis of this lawsuit; **FICTITIOUS DEFENDANTS D, E,** and **F**, whether singular or plural, that person, firm or corporation on whose behalf the vehicle was being driven or operated by **GALEN HODGE.** on the occasion made the basis of this lawsuit; **FICTITIOUS DEFENDANTS G, H,** and **I**, whether singular or plural, is that person, firm or corporation who or which negligently entrusted the vehicle to **GALEN HODGE** on the occasions made the basis of this lawsuit; **FICTITIOUS DEFENDANTS J, K,** and **L**, whether singular or plural, that person, firm or corporation who or which was responsible for maintaining, inspecting, repairing or equipping the vehicle driven by **GALEN HODGE** on the occasion made the basis of this lawsuit; **FICTITIOUS DEFENDANTS M, N,** and **O**, whether singular or plural, that person, firm or corporation whose negligence, wantonness, willfulness and/or otherwise wrongful conduct caused or contributed to the collision and damages made the basis of this lawsuit; **FICTITIOUS DEFENDANTS P, Q,** and **R**, whether singular or plural, is that person, firm or corporation that is the true and correct name or names of the Defendants designated herein as **J.M. BOZEMAN ENTERPRISES, INC.; FICTITIOUS DEFENDANTS S, T,** and **U**, whether singular or plural, that person, firm or corporation who or which destroyed, discarded, concealed, fabricated, altered or otherwise spoliated evidence relevant to the collision made the basis of this lawsuit; **FICTITIOUS DEFENDANTS V, W,** and **X**, whether singular or plural, is that person, estate, firm or corporation which is the successor-in-interest of any of the named or above described Defendants and/or Fictitious Party Defendants; **FICTITIOUS DEFENDANTS Y, Z,** and **AA**, whether singular or plural, is that person, firm or corporation which is the predecessor in interest of any of the named or above-described Defendants and/or Fictitious Party Defendants; **FICTITIOUS DEFENDANTS BB, CC,** and **DD**, whether singular or plural, is that person, firm or corporation who or which was acting as an agent, employee, servant or contractor of and for any of the above-named Defendants or above described Fictitious Party Defendants at the times of the occurrences made the basis of this lawsuit.

The identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identities as proper party

Defendants are not known to Plaintiff at this time, but their true names will be substituted by amendment when ascertained.

**Defendant(s).**                                    )

## COMPLAINT

### PARTIES

1.    The Plaintiff, LaTaria Harris (hereinafter "Harris") is over the age of nineteen (19), is a resident of Jefferson County, Alabama, and brings this action in her individual capacity and on behalf of her daughter, Taylin Flannigan.

2.    Taylin Flannigan, is a minor (hereinafter "Flannigan"), is a resident of Jefferson County, Alabama and this action is brought by and through her mother and next friend LaTaria Harris.

3.    Defendant, J.M. Bozeman Enterprises, Inc. (hereinafter "JM Bozeman"), is a regional transportation trucking company; a foreign corporation, incorporated under the laws of the State of Arkansas, with its principal place of business in Malvern, Arkansas, and they regularly do business in the State of Alabama and Jefferson County, Alabama.

4.    The collision made the basis of this lawsuit occurred in Jefferson County, Alabama.

5.    FICTITIOUS DEFENDANTS A and B, whether singular or plural, that person, firm or corporation that owned or maintained the vehicle being driven and operated by GALEN HODGE on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANT C, the driver of the truck on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS D, E, and F, whether singular or plural, that person, firm or corporation on whose behalf the vehicle was being driven or operated by GALEN HODGE on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS G, H, and I, whether singular or plural, is that person, firm or corporation who or which negligently entrusted the vehicle to GALEN HODGE on the occasions made the basis of this lawsuit; FICTITIOUS DEFENDANTS J, K, and L, whether singular or plural, that person, firm or corporation who or which was responsible for maintaining, inspecting, repairing or equipping the vehicle driven by GALEN HODGE on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS M, N, and O, whether singular or plural, that person, firm or corporation whose negligence, wantonness, willfulness and/or otherwise wrongful conduct caused or contributed to

2

the collision and damages made the basis of this lawsuit; FICTITIOUS DEFENDANTS P, Q, and R, whether singular or plural, is that person, firm or corporation that is the true and correct name or names of the Defendants designated herein as J.M. BOZEMAN ENTERPRISES, INC.; FICTITIOUS DEFENDANTS S, T, and U, whether singular or plural, that person, firm or corporation who or which destroyed, discarded, concealed, fabricated, altered or otherwise spoliated evidence relevant to the collision made the basis of this lawsuit; FICTITIOUS DEFENDANTS V, W, and X, whether singular or plural, is that person, estate, firm or corporation which is the successor-in-interest of any of the named or above described Defendants and/or Fictitious Party Defendants; FICTITIOUS DEFENDANTS Y, Z, and AA, whether singular or plural, is that person, firm or corporation which is the predecessor in interest of any of the named or above-described Defendants and/or Fictitious Party Defendants; FICTITIOUS DEFENDANTS BB, CC, and DD, whether singular or plural, is that person, firm or corporation who or which was acting as an agent, employee, servant or contractor of and for any of the above-named Defendants or above described Fictitious Party Defendants at the times of the occurrences made the basis of this lawsuit.

The identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identities as proper party Defendants are not known to Plaintiff at this time, but their true names will be substituted by amendment when ascertained.

## COUNT I

### Negligence Against JM Bozeman and Fictitious Defendants A through DD

### and Vicarious Liability

6.   Plaintiff re-avers and adopt Paragraphs 1 through 5 and incorporates the same by reference as if set out fully and specifically herein.

7.   On or about May 18, 2016, on a public road, to wit: Coalburg Road at the intersection with Daniel Payne Dr., Galen Hodge (hereinafter "HODGE"), negligently failed to keep a proper look out for traffic around him and in front of him and failed to keep his eyes on the roadway; HODGE negligently failed to control his vehicle and keep it within his lane of travel; and negligently failed to stop his vehicle in time to prevent colliding into Harris' vehicle.

8.   Hodge's negligent acts occurred while he was within the line and scope of his

3

employment for JM Bozeman.

9.  As a proximate and direct consequence of the negligence of Defendant JM Bozeman and Fictitious Defendants A through DD, Plaintiff Harris was caused to be injured as follows:

   a.   she suffered pain;

   b.   she suffered discomfort;

   c.   she was bruised;

   d.   she suffered severe headaches;

   e.   she suffered an injury and pain to her head;

   f.   she suffered an injury and pain to her shoulders;

   g.   she suffered an injury and acute pain to her neck;

   h.   she suffered an injury and pain to her lower back;

   i.   she suffered an injury and pain to her chest;

   j.   she was concerned and worried about his health;

   k.   she was forced to undergo testing;

   l.   she was forced to undergo medical treatment;

   m.  she suffered property damage;

   n.   she requires ongoing pain medication to function;

   o.   she suffered mental anguish;

10. The above described losses, damages and pains were cause through no fault of Harris.

11. Harris is due full compensation for all her harms and losses.

12. As a proximate and direct consequence of the negligence of Defendant JM Bozeman and Fictitious Defendants A through DD, Plaintiff Flannigan was caused to be injured

as follows:

    a.  she suffered pain;

    b.  she suffered discomfort;

    c.  she was bruised;

    d.  she suffered severe headaches;

    e.  she suffered an injury and pain to her upper and lower back;

    f.  she suffered an injury and pain to her abdomen

13.    The above described losses, damages and pains were caused through no fault of Flannigan.

14.    Flannigan is due full compensation for all her harms and losses.

    **WHEREFORE**, the Plaintiff, Harris, demands compensatory and punitive damages against Defendant JM Bozeman and Fictitious Defendants, in the amount exceeding the jurisdictional minimum of this Court, separately and severally, in an amount to be determined plus interest and costs.

**COUNT II**

**Wantonness Against JM Bozeman and Fictitious Defendants A through DD**

**And Vicarious Liability**

15.    Plaintiff re-avers and adopt Paragraphs 1 through 14 and incorporates the same by reference as if set out fully and specifically herein.

16.    On or about May 18, 2016, on a public road, to wit: Coalburg Road at the intersection with Daniel Payne Drive, GALEN HODGE (hereinafter "HODGE"), wantonly failed to keep a proper look out for traffic around him and in front of him and wantonly failed to keep his eyes on the roadway; HODGE wantonly failed to control his vehicle and

keep his vehicle within his lane of travel; and wantonly failed to stop his vehicle in time to prevent colliding into Harris' vehicle.

17.    Hodge's wanton acts occurred while he was within the line and scope of his employment for JM Bozeman.

18.    As a proximate and direct consequence of the wantonness of Defendant JM Bozeman and Fictitious Defendants A through DD, Plaintiff Harris was caused to be injured as follows:

   a. she suffered pain;

   b. she suffered discomfort;

   c. she was bruised;

   d. she suffered severe headaches;

   e. she suffered an injury and pain to her head;

   f. she suffered an injury and pain to her shoulders;

   g. she suffered an injury and acute pain to her neck;

   h. she suffered an injury and pain to her lower back;

   i. she suffered an injury and pain to her chest;

   j. she was concerned and worried about her health;

   k. she was forced to undergo testing;

   l. she was forced to undergo medical treatment;

   m. she suffered property damage;

   n. she requires ongoing pain medication to function;

   o. she suffered mental anguish;

19.    The above described losses, damages and pains were caused through no fault of Harris.

20.    Harris is due full compensation for all her harms and losses.

21.    As a proximate and direct consequence of the wantonness of Defendant JM Bozeman and Fictitious Defendants A through DD, Plaintiff Flannigan was caused to be injured as follows:

      a.   she suffered pain;

      b.   she suffered discomfort;

      c.   she was bruised;

      d.   she suffered severe headaches;

      e.   she suffered an injury and pain to her upper and lower back;

      f.   she suffered an injury and pain to her abdomen

22.    The above described losses, damages and pains were caused through no fault of Flannigan.

23.    Flannigan is due full compensation for all her harms and losses.

    **WHEREFORE**, the Plaintiff, Harris, demands compensatory and punitive damages against the Defendant JM Bozeman and Fictitious Defendants, in the amount exceeding the jurisdictional minimum of this Court, separately and severally, in an amount to be determined, plus interest and costs.

Respectfully submitted,

/s/ *Freddy Rubio*
Freddy Rubio (RUB005)
Attorney for Plaintiff
frubio@rubiofirm.com


/s/ *Leslie A. Wright*
Leslie A. Wright (WRI063)

7

Attorney for Plaintiff
lwright@rubiofirm.com

OF COUNSEL:

**RUBIO LAW FIRM, P.C.**
438 Carr Avenue, Suite 1
Birmingham, Alabama 35209
Phone        (205) 443-7858
Fax            (205) 443-7853
www.rubiofirm.com

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AT:**

**ROBERT LASTER**
**J.M. BOZEMAN ENTERPRISES, INC.**
166 Seltzer Lane
Malvern, AR 72104

8



**AlaFile E-Notice**

01-CV-2017-900637.00

To: LESLIE ANN WRIGHT
lwright@rubiofirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

LATARIA HARRIS ET AL V. J.M. BOZEMAN ENTERPRISES, INC.
01-CV-2017-900637.00

The following complaint was FILED on 2/17/2017 11:19:47 AM

Notice Date:     2/17/2017 11:19:47 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2017-900637.00

To:  J.M. BOZEMAN ENTERPRISES, INC.
C/O ROBERT LASTER
166 SELTZER LANE
MALVERN, AL, 72104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

LATARIA HARRIS ET AL V. J.M. BOZEMAN ENTERPRISES, INC.
01-CV-2017-900637.00

The following complaint was FILED on 2/17/2017 11:19:47 AM

Notice Date:     2/17/2017 11:19:47 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2017-900637.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
LATARIA HARRIS ET AL V. J.M. BOZEMAN ENTERPRISES, INC.

NOTICE TO    J.M. BOZEMAN ENTERPRISES, INC., C/O ROBERT LASTER 166 SELTZER LANE, MALVERN, AL 72104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY LESLIE ANN WRIGHT

WHOSE ADDRESS IS 438 Carr Avenue, Suite 1, BIRMINGHAM, AL 35209

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    LATARIA HARRIS
pursuant to the Alabama Rules of the Civil Procedure

Date   2/17/2017 11:19:47 AM      /s/ ANNE-MARIE ADAMS

Clerk/Register

JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

| ☑ Certified Mail is hereby requested | /s/ LESLIE ANN WRIGHT<br>Plaintiff's/Attorney's Signature |
|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____               _____               _____
Date                             Server's Signature                Address of Server

_____               _____               _____
Type of Server                   Server's Printed Name

                                                                   _____
                                                                   Phone Number of Server



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
LATARIA HARRIS ET AL V. J.M. BOZEMAN ENTERPRISES, INC.

01-CV-2017-900637.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $6.98

Parties to be served by Certified Mail - Return Receipt Requested

J.M. BOZEMAN ENTERPRISES, INC.                          Postage: $6.98
C/O ROBERT LASTER
166 SELTZER LANE
MALVERN, AL 72104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

DOCUMENT 1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$          CV2017   900637   SC
Total Postage and Fees
$

Sent To    J.M. Bozeman Enterprises, Inc
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7016 0340 0000 7789 5368

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   J.M. BOZEMAN ENTERPRISES, INC.
   C/O ROBERT LASTER
   166 SELTZER LANE
   MALVERN, AL 72104

   CV2017   900637   SC

   9590 9402 2179 6193 6792 77

2. Article Number (Transfer from service label)
   7016 0340 0000 7789 5368

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...tail
☐ ...tail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt